# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENATL RIGHTS AS TO: A. M. C., A MINOR CHILD.

---

VALENTIN ANTHONY C.,
                    Appellant,
          vs.
ELIZABETH C.,
                    Respondent.

No. 79651

**FILED**

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
         DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying a motion for the appointment of counsel. Second Judicial District Court, Washoe County; Dixie Grossman, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an

appeal from an order denying a motion for the appointment of counsel. This court lacks jurisdiction over this appeal and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:　Hon. Dixie Grossman, District Judge
　　Valentin Anthony C.
　　Elizabeth C.
　　Washoe District Court Clerk

---

[1]Given this dismissal, the court takes no action on the pro se documents filed on October 3 and 8, 2019.